No. ——. LAZAROS *v.* MICHIGAN. Application for bail presented to MR. JUSTICE FORTAS, and by him referred to the Court, denied. *S. Jerome Bronson* for respondent in opposition.

No. 510. PICKERING *v.* BOARD OF EDUCATION OF TOWN-SHIP HIGH SCHOOL DISTRICT 205, WILL COUNTY. Appeal from Sup. Ct. Ill. (Probable jurisdiction noted, 389 U. S. 925.) Motion of American Civil Liberties Union, Illinois Division, for leave to participate in oral argument, as *amicus curiae,* denied.

No. 1015. WITHERSPOON *v.* ILLINOIS ET AL. Sup. Ct. Ill. (Certiorari granted, 389 U. S. 1035); and

No. 1016. BUMPER *v.* NORTH CAROLINA. Sup. Ct. N. C. (Certiorari granted, 389 U. S. 1034.) Motion of F. Lee Bailey for leave to file a brief, as *amicus curiae,* granted. *F. Lee Bailey* on the motion.

No. 1200, Misc. SMITH *v.* FITZHARRIS, TRAINING FACILITY SUPERINTENDENT, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 1045. REED *v.* DISTRICT OF COLUMBIA. C. A. D. C. Cir. Certiorari denied. *Richard K. Lyon* for petitioner. *Charles T. Duncan, Hubert B. Pair* and *Ted D. Kuemmerling* for respondent.

No. 1062. COBIA ET UX. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Richard Richards* for petitioners. *Solicitor General Griswold* for the United States.